1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

(NORTHERN DIVISION - RENO)

MARIA HUYNH,

       *Plaintiff,*

vs.

FIRST NATIONAL BANK OF NEVADA, A
NATIONAL BANKING ASSOCIATION,
LORI WRIGHT, individually; BRIGITTE
AMOUROUX, individually; MERSCORP,
INC., a Virginia corporation, MORTGAGE
ELECTRONIC REGISTRATION SYSTEM,
INC., a subsidiary of MERSCORP., INC., a
Delaware corporation, [MERS]; and DOES 1-
25 CORPORATIONS, DOES and ROES 1-25
Individuals, [Partnerships, or anyone claiming
any interest to the property described in the
action],

       *Defendants.*

Case No. 3:09-cv-577-RCJ-VPC

**STIPULATION AND ORDER FOR
EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO
COMPLAINT**

***(SECOND REQUEST)***

## I.     INTRODUCTION

Plaintiff Maria Huynh and Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. (together, "MERS") enter into this stipulation for an enlargement of time for MERS to respond to the Complaint for the following reasons:

Plaintiff has requested that this case be stayed pending resolution of its Motion to Remand (Doc. # 8). No defendants opposed the stay. Further, as stated in Plaintiff's and MERS' Notice of Related Cases, this case is one of several related cases pending in the District of Nevada. *See* Doc. ## 6, 13. MERS has requested that three related cases be transferred to Judge Jones (Doc. # 13) and has, additionally, filed a Notice of Tag-Along Actions before the Judicial Panel on Multidistrict Litigation ("the MDL Panel") requesting that the MDL Panel consider this action, as well as several other similar actions, as part of a group of cases subject to transfer and consolidation. *See* Doc. # 18.

None of the motions, including Plaintiff's Motion to Remand (Doc. # 3), Plaintiff's Motion to Stay (Doc. # 8), MERS' Request to Transfer (Doc. # 13), nor MERS' Section 1407 motion to transfer and consolidate certain cases have been resolved. Therefore, the procedural future of this case is unclear. An enlargement of time for MERS to respond to the Complaint until the questions of whether this case will be remanded, transferred, and/or consolidated are resolved would promote efficiency and economy by conserving the resources of the parties, this Court, several of this Court's district and magistrate judges, the state courts from which these cases were removed, and the MDL Panel. Accordingly, Plaintiff and MERS enter into the following stipulation and request that the Court endorse the below order.

## II.     STIPULATION

Comes now, Plaintiff, MARIA HUYNH by and through her undersigned counsel of record, the Law Office of Rick Lawton, and Defendants MERSCORP, Inc. and Mortgage

1   Electronic Registration Systems, Inc., by and through their counsel of record, Snell & Wilmer,

2   and in accordance with LR 7-1, and hereby stipulate that Defendants MERSCORP, Inc. and

3   Mortgage Electronic Registration Systems, Inc. shall have up to and including **60 days** from entry

4   of this order to answer or otherwise respond to the complaint in the above-captioned matter or **10**

5   **days** from the resolution of Plaintiff's Motion to Remand to State Court (Doc. # 3) *and the*

6

7   Judicial Panel on Multidistrict Litigation's determination as to whether this case will be

8   transferred to the MDL (see Doc. # 17) should these events occur before the expiration of the 60-

9   day period.

10  Respectfully submitted, dated this 5th day of November, 2009.

11

12  /s/ Rick Lawton_____          /s/ Erica J. Stutman_____
    Rick Lawton, Esq.                    Patrick G. Byrne, Esq.
13  Nevada Bar No. 694                   Nevada Bar No. 7636
    Law Offices of Rick Lawton          Erica J. Stutman, Esq.
14  5435 Reno Highway                    Nevada Bar No. 10794
    Fallon, Nevada 89407                 Snell & Wilmer, L.L.P.
15  *Attorneys for Plaintiff*            3883 Howard Hughes Pkwy, Suite 1100
                                         Las Vegas, NV 89169
16

17                                       Robert M. Brochin (*pro hac vice pending*)
                                         Natalia Medina (*pro hac vice pending*)
18                                       Benjamin Weinberg (*pro hac vice pending*)
                                         MORGAN, LEWIS & BOCKIUS LLP
19                                       200 South Biscayne Boulevard
                                         Miami, FL 33131-2339
20

21                                       *Attorneys for Defendants MERSCORP, Inc. and*
                                         *Mortgage Electronic Registration Systems, Inc.*
22

23                                       **ORDER**

24  **IT IS SO ORDERED.**

25

26  DATED: November 12, 2009.

27                                       _____
                                         LARRY R. HICKS
28                                       UNITED STATES DISTRICT JUDGE