```
          FILED ____ LODGED
   ____ RECEIVED ____ COPY

          MAR 2 1 2011

      CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE Mortgage Electronic Registration Systems (MERS) Litigation<br><br>This Order Applies to:<br><br>CV 10-217-PHX-JAT<br>CV 10-219-PHX-JAT<br>CV 10-268-PHX-JAT | MDL DOCKET NO. 09-2119-JAT<br><br>**AMENDED ORDER** |

The Court now addresses three actions[1] transferred by the Judicial Panel on Multidistrict Litigation (the "Panel") in MDL Conditional Transfer Order (CTO-1) and Simultaneous Separation and Remand of Certain Claims (Doc. 38). In the conditional transfer order, the Panel stated, "All claims in these actions that are unrelated to the formation and/or operation of the MERS system are separated and simultaneously remanded, under 20 USC 1407, to the District of Nevada." Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS" or "Moving Defendants") and various

---

[1] Listed below are the first plaintiff's name and the original jurisdiction case numbers for the cases addressed herein:

| First Plaintiff's Name | Arizona Case Number | Original Jurisdiction Case Number |
|---|---|---|
| *Huynh* | CV 10-217-PHX-JAT | 3:09-577 (D. Nev.) |
| *Lee* | CV 10-268-PHX-JAT | 3:09-590 (D. Nev.) |
| *Youngren* | CV 10-219-PHX-JAT | 3:09-595 (D. Nev.) |

other parties have set forth which claims, if any, in each of the various cases relate to the formation and/or operation of MERS.

These three cases were already subject to a remand order (Doc. 409). Plaintiffs then sought and received leave to amend their complaints. Moving Defendants then filed a Motion to Remand Claims from these amended complaints (Doc. 1163). Litton Loan Servicing LP filed a responses to the Motion to Remand without disagreeing with Moving Defendants (Doc. 1178).

Accordingly,

**IT IS ORDERED** that the Motions to Remand Certain Claims (Doc. 1163) are GRANTED as follows:

With respect to *Huyhn* and *Youngren* claims 7-10 and part of claims 1-5 and 14 remain with the undersigned as part of the MDL and claim 6 and part of claims 1-5 and 14 have been remanded to the transferor court. In *Youngren*, no claim against Litton Loan Servicing LP is remanded.

With respect to *Lee* claims 8-10 and part of claims 1-5, 7 and 14 remain with the undersigned as part of the MDL and claim 6 and part of claims 1-5, 7 and 14 have been remanded to the transferor court.

**IT IS FURTHER ORDERED** that MERS shall file a copy of this Order with the each transferor court within the next two business days.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file a copy of this Order in each member case listed on page 1.

**IT IS FURTHER ORDERED** that with respect to any claims that are staying with this Court, Plaintiffs' Lead Counsel shall file a proposed consolidated amended complaint together with the various plaintiffs whose actions are currently joined to this MDL and Defendants need not answer or otherwise respond until such a consolidated amended complaint is deemed filed; with respect to any claims that have been remanded to the transferor courts, Defendants shall answer or otherwise respond to those claims within fifteen

days of this Order, unless any order of the transferor court is inconsistent with this Order, in which case, the order of the transferor court shall control.

**IT IS FURTHER ORDERED** within 12 days of this Order, MERS shall file all documents related to a case bifurcated herein into the record of the transferor court in that particular case. (Because this Court will not transfer the entire MDL file and docket to any individual transferor court, this will insure the Judge in the transferor court has a complete record for that specific case).

DATED this 21st day of March, 2011.

_____
James A. Teilborg
United States District Judge

I hereby attest and certify on 3·21·11 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

- 3 -